**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MAY 28 2009

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DYLAN LEE DUNN, <br><br> Plaintiff - Appellee, <br><br> v. <br><br> J. CASTRO; et al., <br><br> Defendants - Appellants. | No. 08-15957 <br><br> D.C. No. 06-CV-88-AWI <br> Eastern District of California, Fresno <br><br> ORDER |

Before: LEAVY and CALLAHAN, Circuit Judges.

Appellee's motion for appointment of counsel is denied. No motions for reconsideration, clarification, or modification of this denial shall be filed or entertained.

Appellants' opening brief is due July 6, 2009. Appellee's answering brief is due August 5, 2009; and the optional reply brief is due within 14 days after service of the answering brief.

CP/MOATT